**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NABIL MIHOUBI,<br><br>                    Plaintiff,<br><br>      v.<br><br>RIVERSIDE COUNTY CHILD SERVICES DPSS, et al.,<br><br>                    Defendants. | Case No. **5:24-cv-02472-AH-MAA**<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC") (ECF No. 33); the briefs and documents filed in support of and in opposition to the Motion to Dismiss the FAC ("Motion") (ECF No. 36); the other records on file herein; and the Report and Recommendation of United States Magistrate Judge (ECF No. 42). Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that:

(1)     The Report and Recommendation of United States Magistrate Judge is
        **ACCEPTED**;

///

(2) The Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

    (a)   The motion to strike is denied;

    (b)   Claims against Defendants are dismissed;

    (c)   The punitive damages claim against County under the *Monell* theory is dismissed with prejudice;

(3) Plaintiff is **GRANTED LEAVE** to file a Second Amended Complaint within thirty (30) days of the date of this Order, only to correct the deficiencies discussed in the Magistrate Judge's Report and Recommendation, and without adding any new claims (including new legal theories) or new defendants.

DATED: FEBRUARY 17, 2026

_____

ANNE HWANG
UNITED STATES DISTRICT JUDGE

2